# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE**

Date: December 7, 2021

COURTROOM DEPUTY: Natassia Ochoa  **Criminal 19-075 (RAM)**

COURT REPORTER: Robin Dispenzieri

======================================================================

|  | Attorneys: |
|---|---|
| USA | Vanessa Bonhomme |
| vs. | |
| 1. Lester Ozuna-Gonzalez | Rafael F. Castro-Lang (substituted by Raul Mariani) |
| 2. Hector Rivera-Resto | Roque Uriel Rivera-Lago *(NOT PRESENT)* |
| 3. Carlos Luis Perez-Vega | Francisco Acevedo-Padilla |
| 5. Pedro Cesar Burgos-Bergoderes | Anita Hill-Adames (not present, excused) |
| 6. Felix A. Fernandez-Jorge | |
| 7. Jose Christian Cabret-Pacheco | Yasmin Gonzalez-Velez (substituted by Marie Cortes) |
| 8. Steven Pena-Lopez | Juan R. Acevedo-Cruz (substituted by Francisco Acevedo) |
| 9. Anthony De Leon-Melendez | Ernesto Hernandez-Milan (not present, excused) |
| 10. Jorge Joel Figueroa-Rivera | Juan E. Alvarez-Cobian |
| 11. Maria Victoria Castro-Gonzalez | Rachel Brill (not present, excused) |
| 12. Kiara Liz Ortiz-Velazquez | Marie L. Cortes-Cortes |
| 13. Josue Diaz-Rodriguez | Thomas Trebilcock-Horan |
| 14. Edwin Otero-Diaz | Edgar L. Sanchez-Mercado |
| 15. Rafael Martinez-Trinidad | Juan F. Matos-De-Juan |

| | |
|---|---|
| 16. Ricardo Burgos-Irizarry | Diego H. Alcala-Laboy |
| 17. Pedro R. Diaz-Torres | Mario A. Carrillo-Cotto |
| 18. Angel G. Fernandez-Jorge | Raymond L. Sanchez-Maceira |
| | (substituted by Thomas Trebilcock) |
| 19. Christian Carmona-Llanos | |
| 21. Elvin Jose Castellano | Mariangela Tirado-Vales |
| 22. Jose De La Cruz-Vazquez | Humberto Guzman-Rodriguez |
| | (arrived at 1:48PM) |
| 23. Krizialisse Santana-Gonzalez | Jose R. Aguayo |
| 24. Jean Carlos Lebron-Falcon | Jorge Luis Gerena-Mendez |
| 25. Alex Miguel Rivera-Marquez | Giovanni Jose Canino-Sanchez |
| | (substituted by Miguel Oppenheimer) |
| 26. Edwin Otero-Marquez | Jose G. Perez-Ortiz |
| 27. Jose Machuca-Benitez | Irma R. Valldejuli-Perez |
| 28. Victor Garcia-Benitez | Raul S. Mariani-Franco |
| 29. Janses Rondon-Carrillo | Jose Agustin Arce-Diaz |
| 30. Samuel Rivera-Valcarcel | Jose A. Suarez-Santa |
| 31. Emilio Soto-Maldonado | Julio Cesar Alejandro-Serrano |
| 34. Nilsa Ortiz-Sanchez | Miguel Oppenheimer |

==========================================================================

**CASE CALLED FOR STATUS CONFERENCE.**

The government informed that pending discovery has been provided. The parties have been in constant communication, plea offers have been tendered.

The defendants requested additional time to review discovery and evaluate plea offers.

**Further Status Conference set for January 21, 2022 at 1:30 PM.**

The Speedy Trial Act tolled in the interest of justice and because of the need for additional time to review discovery and pursue plea negotiations.

*S/ Natassia Ochoa*
Courtroom Deputy Clerk