# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE**

Date: January 21, 2022

COURTROOM DEPUTY: Natassia Ochoa　　　　　　**Criminal 19-075 (RAM)**

COURT REPORTER: Robin Dispenzieri

======================================================================

|  | Attorneys: |
|---|---|
| USA | Vanessa Bonhomme |
| vs. | |
| 1. Lester Ozuna-Gonzalez | Rafael F. Castro-Lang (not present, excused) |
| 2. Hector Rivera-Resto | Roque Uriel Rivera-Lago |
| 3. Carlos Luis Perez-Vega | Francisco Acevedo-Padilla |
| 5. Pedro Cesar Burgos-Bergoderes | Anita Hill-Adames (substituted by Marie Cortes) |
| 6. Felix A. Fernandez-Jorge | |
| 7. Jose Christian Cabret-Pacheco | Yasmin Gonzalez-Velez |
| 8. Steven Pena-Lopez | Juan R. Acevedo-Cruz |
| 9. Anthony De Leon-Melendez | Ernesto Hernandez-Milan (**_NOT PRESENT_**) |
| 10. Jorge Joel Figueroa-Rivera | Miguel Rodriguez-Robles |
| 11. Maria Victoria Castro-Gonzalez | Rachel Brill |
| 12. Kiara Liz Ortiz-Velazquez | Marie L. Cortes-Cortes |
| 13. Josue Diaz-Rodriguez | Thomas Trebilcock-Horan |
| 14. Edwin Otero-Diaz | Edgar L. Sanchez-Mercado |
| 15. Rafael Martinez-Trinidad | Juan F. Matos-De-Juan (substituted by Miguel Oppenheimer) |
| 16. Ricardo Burgos-Irizarry | Diego H. Alcala-Laboy |
| 17. Pedro R. Diaz-Torres | Mario A. Carrillo-Cotto |
| 18. Angel G. Fernandez-Jorge | Raymond L. Sanchez-Maceira |

| | |
|---|---|
| 19. Christian Carmona-Llanos | |
| 21. Elvin Jose Castellano | Mariangela Tirado-Vales |
| | (arrived at 1:42PM) |
| 22. Jose De La Cruz-Vazquez | Humberto Guzman-Rodriguez |
| 23. Krizialisse Santana-Gonzalez | Jose R. Aguayo |
| 24. Jean Carlos Lebron-Falcon | Jorge Luis Gerena-Mendez |
| 25. Alex Miguel Rivera-Marquez | Giovanni Jose Canino-Sanchez |
| 26. Edwin Otero-Marquez | Jose G. Perez-Ortiz |
| 27. Jose Machuca-Benitez | Irma R. Valldejuli-Perez |
| 28. Victor Garcia-Benitez | Raul S. Mariani-Franco |
| | (substituted by Miguel Oppenheimer) |
| 29. Janses Rondon-Carrillo | Jose Agustin Arce-Diaz |
| 30. Samuel Rivera-Valcarcel | Jose A. Suarez-Santa |
| 31. Emilio Soto-Maldonado | Julio Cesar Alejandro-Serrano |
| 34. Nilsa Ortiz-Sanchez | Miguel Oppenheimer |

==========================================================================

**CASE CALLED FOR STATUS CONFERENCE.**

The government informed that the parties have been in constant communication, plea offers have been tendered.

The defendants requested additional time to evaluate plea offers and discuss all possible options with the defendants.

**Further Status Conference set for March 22, 2022 at 3:00 PM.**

The Speedy Trial Act tolled in the interest of justice and because of the need for additional time to pursue plea negotiations.

*S/ Natassia Ochoa*
Courtroom Deputy Clerk