# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS:

**HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE**

Date: March 22, 2022

COURTROOM DEPUTY: Natassia Ochoa  **Criminal 19-075 (RAM)**

COURT REPORTER: Robin Dispenzieri

======================================================================

|  | Attorneys: |
|---|---|
| USA | Vanessa Bonhomme |
| vs. | |
| 1. Lester Ozuna-Gonzalez | Rafael F. Castro-Lang (not present, excused) |
| 2. Hector Rivera-Resto | Roque Uriel Rivera-Lago |
| 3. Carlos Luis Perez-Vega | Francisco Acevedo-Padilla |
| 5. Pedro Cesar Burgos-Bergoderes | Anita Hill-Adames (**NOT PRESENT**) |
| 6. Felix A. Fernandez-Jorge |  |
| 7. Jose Christian Cabret-Pacheco | Yasmin Gonzalez-Velez (substituted by Julio Alejandro) |
| 8. Steven Pena-Lopez | Juan R. Acevedo-Cruz (substituted by Francisco Acevedo) |
| 9. Anthony De Leon-Melendez | Ernesto Hernandez-Milan |
| 10. Jorge Joel Figueroa-Rivera | Miguel Rodriguez-Robles |
| 11. Maria Victoria Castro-Gonzalez | Rachel Brill |
| 13. Josue Diaz-Rodriguez | Thomas Trebilcock-Horan |
| 14. Edwin Otero-Diaz | Edgar L. Sanchez-Mercado (substituted by Juan Matos) |
| 15. Rafael Martinez-Trinidad | Juan F. Matos-De-Juan |
| 16. Ricardo Burgos-Irizarry | Diego H. Alcala-Laboy (substituted by Miguel Oppenheimer) |
| 17. Pedro R. Diaz-Torres | Mario A. Carrillo-Cotto |

| | |
|---|---|
| 18. Angel G. Fernandez-Jorge | Raymond L. Sanchez-Maceira |
| 19. Christian Carmona-Llanos | |
| 21. Elvin Jose Castellano | Mariangela Tirado-Vales |
| 22. Jose De La Cruz-Vazquez | Humberto Guzman-Rodriguez |
| 23. Krizialisse Santana-Gonzalez | Jose R. Aguayo |
| 24. Jean Carlos Lebron-Falcon | Jorge Luis Gerena-Mendez |
| 25. Alex Miguel Rivera-Marquez | Giovanni Jose Canino-Sanchez |
| 26. Edwin Otero-Marquez | Jose G. Perez-Ortiz |
| 27. Jose Machuca-Benitez | Irma R. Valldejuli-Perez |
| 28. Victor Garcia-Benitez | Raul S. Mariani-Franco |
| 29. Janses Rondon-Carrillo | Jose Agustin Arce-Diaz |
| 30. Samuel Rivera-Valcarcel | Jose A. Suarez-Santa |
| 31. Emilio Soto-Maldonado | Julio Cesar Alejandro-Serrano |
| 34. Nilsa Ortiz-Sanchez | Miguel Oppenheimer |

==============================================================================

**CASE CALLED FOR STATUS CONFERENCE.**

The government informed that the parties have been in constant communication, several plea offers have been sent to defense counsel. The government requested additional time.

The defendants did not oppose to the government's request in order to evaluate plea offers and discuss all possible options with the defendants.

**Further Status Conference set for May 6, 2022 at 1:30 PM.**

The Speedy Trial Act tolled in the interest of justice and because of the need for additional time to pursue plea negotiations.

*S/ Natassia Ochoa*
Courtroom Deputy Clerk