# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE**

Date: May 6, 2022

COURTROOM DEPUTY: Genesis Y. Rivera-Soto         **Criminal 19-075 (RAM)**

COURT REPORTER: Robin Dispenzieri

========================================================================

|     |                                | Attorneys:                                                    |
|-----|--------------------------------|---------------------------------------------------------------|
|     | USA                            | Vanessa Bonhomme                                              |
|     | vs.                            |                                                               |
| 1.  | Lester Ozuna-Gonzalez          | Rafael F. Castro-Lang *(not present, excused)*                |
| 2.  | Hector Rivera-Resto            | Roque Uriel Rivera-Lago **(NOT PRESENT)**                     |
| 3.  | Carlos Luis Perez-Vega         | Francisco Acevedo-Padilla                                     |
| 5.  | Pedro Cesar Burgos-Bergoderes  | Anita Hill-Adames                                             |
| 6.  | Felix A. Fernandez-Jorge       |                                                               |
| 7.  | Jose Christian Cabret-Pacheco  | Yasmin Gonzalez-Velez                                         |
| 8.  | Steven Pena-Lopez              | Juan R. Acevedo-Cruz                                          |
| 9.  | Anthony De Leon-Melendez       | Ernesto Hernandez-Milan *(not present, excused)*              |
| 10. | Jorge Joel Figueroa-Rivera     | Miguel Rodriguez-Robles *(substituted by Atty. Diego Alcala)* |
| 13. | Josue Diaz-Rodriguez           | Thomas Trebilcock-Horan                                       |
| 14. | Edwin Otero-Diaz               | Edgar L. Sanchez-Mercado                                      |
| 15. | Rafael Martinez-Trinidad       | Juan F. Matos-De-Juan *(substituted by Atty. Edgar Sanchez)*  |
| 16. | Ricardo Burgos-Irizarry        | Diego H. Alcala-Laboy                                         |
| 17. | Pedro R. Diaz-Torres           | Mario A. Carrillo-Cotto                                       |

```
 18. Angel G. Fernandez-Jorge            Raymond L. Sanchez-Maceira
                                         (substituted by Atty.Thomas Trebilcock)

 19. Christian Carmona-Llanos            Carlos Xavier Irizarry-Rivera

 21. Elvin Jose Castellano               Mariangela Tirado-Vales

 22. Jose De La Cruz-Vazquez             Humberto Guzman-Rodriguez
                                         (substituted by Atty. Edgar Sanchez)

 23. Krizialisse Santana-Gonzalez        Jose R. Aguayo

 24. Jean Carlos Lebron-Falcon           Jorge Luis Gerena-Mendez

 25. Alex Miguel Rivera-Marquez          Giovanni Jose Canino-Sanchez
                                         (substituted by Atty. Miguel Oppenheimer)

 26. Edwin Otero-Marquez                 Jose G. Perez-Ortiz
                                         (substituted by Atty. Julio Alejandro)

 27. Jose Machuca-Benitez                Irma R. Valldejuli-Perez

 28. Victor Garcia-Benitez               Raul S. Mariani-Franco
                                         (substituted by Atty. Miguel Oppenheimer)

 29. Janses Rondon-Carrillo              Jose Agustin Arce-Diaz
                                         (substituted by Atty. Diego Alcala)

 30. Samuel Rivera-Valcarcel             Jose A. Suarez-Santa

 31. Emilio Soto-Maldonado               Julio Cesar Alejandro-Serrano

 34. Nilsa Ortiz-Sanchez                 Miguel Oppenheimer
```
==============================================================================

**CASE CALLED FOR STATUS CONFERENCE.**

The Government informed that plea negotiations have continued with the majority of the defendants, alternative offers to counter-offers rejected by the Government have been made, individual discovery has been provided to specific defendants, and that defendant # 19 was recently brought over to this jurisdiction. The Government requested additional time to finalize plea agreements as to two defendants and continue pursuing plea negotiations as to the remaining defendants.

The defendants did not oppose to the Government's request.

**Further Status Conference is set for July 13, 2022 at 9:15 AM via VTC.** Attorney Roque Uriel Rivera-Lago failed to appear, excuse his appearance, or designate substitute counsel for today's status conference. Therefore, he shall show cause why sanctions should not be imposed by **May 20, 2022**.

The Speedy Trial Act is tolled in the interest of justice in view of the parties' need for additional time to pursue plea negotiations and, in the case

of some defendants, review the produced discovery.

                                                ***S/ Genesis Y. Rivera-Soto***
                                                Courtroom Deputy Clerk