# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE**

Date: July 13, 2022

COURTROOM DEPUTY: Genesis Y. Rivera-Soto     **Criminal 19-075 (RAM)**

COURT REPORTER: Robin Dispenzieri

==================================================================

|  | Attorneys: |
|---|---|
| USA | Vanessa Bonhomme |

vs.

| # | Defendant | Attorney |
|---|---|---|
| 1. | Lester Ozuna-Gonzalez | Rafael F. Castro-Lang *(not present, excused)* |
| 2. | Hector Rivera-Resto | Roque Uriel Rivera-Lago |
| 3. | Carlos Luis Perez-Vega | Francisco Acevedo-Padilla |
| 6. | Felix A. Fernandez-Jorge | |
| 7. | Jose Christian Cabret-Pacheco | Yasmin Gonzalez-Velez |
| 8. | Steven Pena-Lopez | Juan R. Acevedo-Cruz *(substituted by Atty. Diego Alcala)* |
| 9. | Anthony De Leon-Melendez | Ernesto Hernandez-Milan |
| 10. | Jorge Joel Figueroa-Rivera | Miguel Rodriguez-Robles *(substituted by Atty. Julio Alejandro)* |
| 13. | Josue Diaz-Rodriguez | Thomas Trebilcock-Horan |
| 14. | Edwin Otero-Diaz | Edgar L. Sanchez-Mercado *(substituted by Atty. Diego Alcala)* |
| 15. | Rafael Martinez-Trinidad | Juan F. Matos-De-Juan |
| 16. | Ricardo Burgos-Irizarry | Diego H. Alcala-Laboy |
| 17. | Pedro R. Diaz-Torres | Mario A. Carrillo-Cotto |

| | |
|---|---|
| 18. Angel G. Fernandez-Jorge | Raymond L. Sanchez-Maceira |
| 19. Christian Carmona-Llanos | Carlos Xavier Irizarry-Rivera |
| 21. Elvin Jose Castellano | Mariangela Tirado-Vales |
| 22. Jose De La Cruz-Vazquez | Humberto Guzman-Rodriguez |
| 23. Krizialisse Santana-Gonzalez | Jose R. Aguayo |
| 24. Jean Carlos Lebron-Falcon | Jorge Luis Gerena-Mendez |
| 25. Alex Miguel Rivera-Marquez | Giovanni Jose Canino-Sanchez *(substituted by Atty. Raymond Sanchez)* |
| 26. Edwin Otero-Marquez | Jose G. Perez-Ortiz |
| 27. Jose Machuca-Benitez | Irma R. Valldejuli-Perez |
| 28. Victor Garcia-Benitez | Raul S. Mariani-Franco *(substituted by Atty. Mariangela Tirado)* |
| 29. Janses Rondon-Carrillo | Jose Agustin Arce-Diaz |
| 30. Samuel Rivera-Valcarcel | Jose A. Suarez-Santa *(substituted by Atty. Mariangela Tirado)* |
| 31. Emilio Soto-Maldonado | Julio Cesar Alejandro-Serrano |
| 34. Nilsa Ortiz-Sanchez | Miguel Oppenheimer *(substituted by Atty. Diego Alcala)* |

===========================================================================

**CASE CALLED FOR STATUS CONFERENCE.**

The Government informed that plea negotiations have been ongoing with multiple defense counsel and, aside from Defendant #31 who has a Motion in Limine pending the Government's response, defendants seem interested in negotiating. The Government requested additional time to continue engaging in plea negotiations.

The defendants did not oppose to the Government's request of additional time. **Further Status Conference is set for September 12, 2022 at 2:45 PM via VTC.**

The Speedy Trial Act is tolled in the interest of justice in view of the parties' need for additional time to pursue plea negotiations.

*S/ Genesis Y. Rivera-Soto*
Courtroom Deputy Clerk
