# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS:

HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE

Date: September 12, 2022

COURTROOM DEPUTY: Cristina Dones-Taylor                    **Criminal 19-075 (RAM)**

COURT REPORTER: Robin Dispenzieri

=====================================================================

|  | USA | Attorneys:<br>Camille Garcia |
|---|---|---|
|  | vs. |  |
| 1. | Lester Ozuna-Gonzalez | Rafael F. Castro-Lang<br>*(not present)* |
| 2. | Hector Rivera-Resto | Roque Uriel Rivera-Lago |
| 3. | Carlos Luis Perez-Vega | Francisco Acevedo-Padilla<br>*(not present)* |
| 6. | Felix A. Fernandez-Jorge |  |
| 7. | Jose Christian Cabret-Pacheco | Yasmin Gonzalez-Velez |
| 8. | Steven Pena-Lopez | Juan R. Acevedo-Cruz |
| 9. | Anthony De Leon-Melendez | Ernesto Hernandez-Milan<br>*(Substituted by Diego Alcalá)* |
| 10. | Jorge Joel Figueroa-Rivera | Miguel Rodriguez-Robles |
| 13. | Josue Diaz-Rodriguez | Thomas Trebilcock-Horan |
| 14. | Edwin Otero-Diaz | Edgar L. Sanchez-Mercado<br>*(Substituted by Juan Matos)* |
| 15. | Rafael Martinez-Trinidad | Juan F. Matos-De-Juan |
| 16. | Ricardo Burgos-Irizarry | Diego H. Alcalá-Laboy |
| 17. | Pedro R. Diaz-Torres | Mario A. Carrillo-Cotto |

| 18. | Angel G. Fernandez-Jorge | Raymond L. Sanchez-Maceira |
| 21. | Elvin Jose Castellano | Mariangela Tirado-Vales |
| 22. | Jose De La Cruz-Vazquez | Humberto Guzman-Rodriguez |
| 23. | Krizialisse Santana-Gonzalez | Jose R. Aguayo |
| 24. | Jean Carlos Lebron-Falcon | Jorge Luis Gerena-Mendez |
| | Alex Miguel Rivera-Marquez | Giovanni Jose Canino-Sanchez |
| | | (*Substituted by Diego Alcalá)* |
| 25. | Edwin Otero-Marquez | Jose G. Perez-Ortiz |
| 26. | Jose Machuca-Benitez | Irma R. Valldejuli-Perez |
| 27. | Victor Garcia-Benitez | Raul S. Mariani-Franco |
| 28. | Janses Rondon-Carrillo | Jose Agustin Arce-Diaz |
| 29. | Samuel Rivera-Valcarcel | Jose A. Suarez-Santa |
| 30. | Emilio Soto-Maldonado | Julio Cesar Alejandro-Serrano |
| 34. | Nilsa Ortiz-Sanchez | Miguel Oppenheimer |

===========================================================================

**CASE CALLED FOR STATUS CONFERENCE.**

The Government informed the Court that plea offers have been sent to defense counsel who have so requested. There are six defendants who are currently serving lengthy state sentences. As to defendant Jose Machuca-Benitez (27), defense counsel Valldejuli has been in communications with AUSA Bonhomme to see if they can reach a package type "C" plea agreement.

Defense counsel requested additional time to review discovery, discuss plea offers and consider all possible resolutions to the case.

<span style="color:red">Further Status Conference set for November 10, 2022, at 4:00 PM.</span>

The Speedy Trial Act is tolled in the interest of justice and in view of the parties' need for additional time to review discovery and pursue plea negotiations.

S/Cristina Dones-Taylor
Courtroom Deputy Clerk