# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE**

Date: February 7, 2023

COURTROOM DEPUTY: Natassia Ochoa    **Criminal 19-075 (RAM)**

COURT REPORTER: Robin Dispenzieri

====================================================================

|  | Attorneys: |
|---|---|
| USA | Damare Theriot |
| vs. | |
| 1. Lester Ozuna-Gonzalez | Rafael F. Castro-Lang (not present, excused) |
| 2. Hector Rivera-Resto | Luis E. Tomassini-Segarra (substituted by Leonardo Aldridge) |
| 3. Carlos Luis Perez-Vega | Francisco Acevedo-Padilla (**NOT PRESENT**) |
| 7. Jose Christian Cabret-Pacheco | Yasmin Gonzalez-Velez |
| 8. Steven Pena-Lopez | Juan R. Acevedo-Cruz (**NOT PRESENT**) |
| 9. Anthony De Leon-Melendez | Ernesto Hernandez-Milan |
| 10. Jorge Joel Figueroa-Rivera | Miguel Rodriguez-Robles |
| 13. Josue Diaz-Rodriguez | Thomas Trebilcock-Horan |
| 14. Edwin Otero-Diaz | Edgar L. Sanchez-Mercado (substituted by Juan Matos) |
| 15. Rafael Martinez-Trinidad | Juan F. Matos-De-Juan |
| 16. Ricardo Burgos-Irizarry | Diego H. Alcala-Laboy (**NOT PRESENT**) |
| 17. Pedro R. Diaz-Torres | Leonardo M. Aldridge |
| 18. Angel G. Fernandez-Jorge | Raymond L. Sanchez-Maceira |
| 21. Elvin Jose Castellano | Mariangela Tirado-Vales |

|     |     |     |
| --- | --- | --- |
| 24. | Jean Carlos Cabrera-Lopez | Hector Gepara-Mendez |
|     |                           | (***NOT PRESENT***) |
| 25. | Alex Miguel Rivera-Marquez | Giovanni Jose Canino-Sanchez |
|     |                           | (***NOT PRESENT***) |
| 26. | Edwin Otero-Marquez | Jose G. Perez-Ortiz |
| 27. | Jose Machuca-Benitez | Irma R. Valldejuli-Perez |
| 28. | Victor Garcia-Benitez | Raul S. Mariani-Franco |
|     |                           | (***NOT PRESENT***) |
| 29. | Janses Rondon-Carrillo | Jose Agustin Arce-Diaz |
| 30. | Samuel Rivera-Valcarcel | Jose A. Suarez-Santa |
| 31. | Emilio Soto-Maldonado | Julio Cesar Alejandro-Serrano |
| 34. | Nilsa Ortiz-Sanchez | Miguel Oppenheimer |
|     |                           | (substituted by Juan Matos) |

===========================================================================

**CASE CALLED FOR STATUS CONFERENCE.**

The government informed that the parties have been in constant communication and plea negotiations are ongoing.

Defense counsel informed as to the positions of each defendant and all requested additional time to continue evaluating the plea offers, file any Change of Plea Motions, prepare any mitigation package, and discuss all possible options with the defendants.

**Status Conference set for April 13, 2023 at 11:00 AM. A Change of Plea deadline will be set.**

The Speedy Trial Act tolled in the interest of justice and because of the need for additional time to pursue plea negotiations.

*S/ Natassia Ochoa*
Courtroom Deputy Clerk